UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Vernon Ellison
_____,

Plaintiff(s),

vs.

Great Lakes US Education
_____,

Defendant(s).

17 CV 8337
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

RECEIVED
NOV 17 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, __Great Lakes_____, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)

_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____
_____, in the County of _____,
State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☐ Other:
_____
_____

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

This Matter has been going on over 20 years, I do not owe $7,000. Never Cash a Check for $1500 ~~$6000~~. It has been investigate. Show me proof, Need this taken of my Credit report. Great Lake has never could Show me proof that I cash a check for $4500 ~~$6000~~.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury. ☐ Yes  ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Vernon Ellison

Plaintiff's mailing address: 8133 S Commercial

City Chicago    State IL    ZIP 60617

Plaintiff's telephone number: (773) 731-0718

Plaintiff's email address *(if you prefer to be contacted by email)*: —

11-17-17

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5



**U.S. Department of Education**
Information about your federal student loan

June 15, 2017

002218

#BWNKPXF
#9690722880000000# BS
VERNON A. ELLISON
8133 S COMMERCIAL AVE
CHICAGO IL  60617-1544



**Check Out Our Knowledge Center**

Knowledge Center, available on the Great Lakes website, is your one-stop shop to explore a variety of resources that can help you better understand your federal student loan. Check it out today!

mygreatlakes.org/go/knowledgecenter

Hi Vernon,

You were enrolled in an income-driven repayment plan. Right now you're making the maximum monthly payment from your payment schedule because we didn't receive your renewal paperwork or your income no longer qualifies you for a reduced payment. You can view your payment schedule at mygreatlakes.org/go/paymentschedule.

But there's good news—if your financial circumstances change at any time, you can apply for a reduced payment.

**For more information about renewing your income-driven repayment plan** and potentially reducing your monthly payment to as low as $0, visit mygreatlakes.org/go/incomeplans. **To complete an application online,** visit StudentLoans.gov.

Let us know if you have any questions—we're here to help you.

Sincerely,

Great Lakes Borrower Services

---

**Contact Us for Help or Make a Payment**

 **mygreatlakes.org**
Access account information, make payments, visit the Knowledge Center, or email us.

 (800) 236-4300 or (608) 246-1700
TTY: 711
Monday - Friday 7:00 am - 9:00 pm CT

Your Great Lakes ID: 96-9072288

*Payment address only. Please include your Great Lakes ID.*
U.S. Department of Education
PO Box 530229
Atlanta, GA 30353-0229

*You can self-serve 24/7 online or by phone. Some calls may be monitored or recorded for quality assurance purposes.*

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.
MYGREATLAKES.ORG

#004294  PR  969072288

## A Snapshot of Your Great Lakes-Serviced Student Loan Accounts as of 6/15/2017

| Loan Type | Lender | Principal Balance and Interest Rate | | Accrued Interest | Account Balance | Next Payment | |
|---|---|---|---|---|---|---|---|
| | | Subsidized | Unsubsidized | | | Due Date | Amount |
| **Accounts Referenced in this Letter [1]** | | | | | | | |
| **Income-Based Repayment Plan (IBR)** | | | | | | | |
| Consolidation | U.S. DEPARTMENT OF EDUCATION (799581) | $6,844.28 @ 3.450% | $0 | $170.25 | $7,014.53 | 7/10/2017 | $260.04 |
| | | Total Balance for Loans in IBR Repayment Plan: | | | $7,014.53 | | |

[1] Any Parent PLUS loans or Consolidation Loans that paid off a Parent PLUS loan do not qualify for Income-Based Repayment, Pay As You Earn, or Revised Pay As You Earn repayment plans. Consolidation Loans that paid off a Parent PLUS loan may qualify for Income-Contingent Repayment.

| | |
|---|---|
| *Loan Type* | The type of student loan you borrowed. |
| *Lender* | The organization that loaned you money for school, such as banks, credit unions, or the U.S. Department of Education. |
| *Principal Balance and Interest Rate* | The amount of money you borrowed for school and the interest rate, minus any principal payments or refunds received. |
| *Subsidized* | This amount doesn't build up interest during certain statuses because the federal government pays it for you, unless you reach the 150% subsidy limit and lose the government subsidy. |
| *Unsubsidized* | This amount always builds up interest. |
| *Accrued Interest* | The amount of interest that has built up so far. |
| *Account Balance* | The principal balance plus the interest that's built up so far. Keep in mind, this is not your payoff amount. |
| *Next Payment Due Date and Amount* | The date your next payment and amount is due (includes any past due amount). |